**Estill LEWIS, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Sept. 30, 1960.

Lewis A. White, Mt. Sterling, for appellant.

John B. Breckinridge, Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for an appeal from a judgment of the Rowan Circuit Court, Honorable John J. Winn, Judge.

The conviction was of possessing for sale in local option territory 609 half pints of whiskey, gin and vodka and 552 cases of beer. The penalty was thirty days in jail and $100 fine. We are of opinion that the search warrant embraced the building which the defendant had under lease, which is the only question.

The motion for an appeal is overruled, and the judgment stands affirmed.